# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN RAMIREZ | : CIVIL ACTION |
| v. | : NO. 16-5021 |
| PALMER TOWNSHIP, et al. | : |

## O R D E R

**AND NOW,** this 26th day of February, 2018, upon consideration of the defendants' motion for summary judgment and responses and repliers thereto, **IT IS HEREBY ORDERED that:**

1. The motion for summary judgment (Doc. 19) is **GRANTED**.
2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all counts of the Complaint.

                                               **BY THE COURT:**

                                               **/s/ Jeffrey L. Schmehl**
                                               **JEFFREY L. SCHMEHL, J.**